IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSAN E. HARRIS : CIVIL ACTION
:
v. :
:
MICHAEL J. ASTRUE, :
Commissioner of Social Security : NO. 08-1671

FILED
JUL 20 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 20th day of July, 2009, upon consideration of plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response and Plaintiff's reply Brief, and after careful review of the Report and Recommendation of United States Magistrate Arnold C. Rapoport, to which no objections have been filed, it is **ORDERED** that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's Request for Review is GRANTED; the matter is REMANDED to allow the Administrative Law Judge an opportunity to specifically weigh the evidence and explain any rejection of competent evidence.

_____
Norma L. Shapiro, J.